JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMAN WOODLEY,<br>Plaintiff,<br>v.<br>TRADER JOES COMPANY; MASON DEVONSHIRE PLAZA LLC, and DOES 1-10,<br>Defendants. | Case No. 2:26-cv-09801-AB-MBK<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **60 days** upon good cause shown if the settlement is not completed.

Dated: October 2, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE